# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINEISHA MILES<br><br>PLAINTIFF(S)<br><br>v.<br><br>FITNESS INTERNATIONAL, LLC<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>8:21–cv–01131–CJC–JDE<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

|  6/29/2021  |  1  |  Complaint  |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1–1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

*Other Error(s):*

Clerk, U.S. District Court

Dated: June 29, 2021     By:  /s/ *Geneva Hunt  Geneva_Hunt@cacd.uscourts.gov*
                                    Deputy Clerk