| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Keith Altman, Esq. (SBM 257309)<br>The Law Office of Keith Altman<br>33228 West 12 Mile Road, Suite 375<br>Farmington Hills, Michigan 48334<br>516-456-5885<br>kaltman@lawampmmt.com<br><br>ATTORNEY(S) FOR:  Plaintiff | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tineisha Miles<br><br>Plaintiff(s),<br><br>v.<br><br>Fitness International, LLC d/b/a LA Fitness<br><br>Defendant(s) | CASE NUMBER:<br><br>8:21-cv-011310-CJC-JDE<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff, Tineisha Miles_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Tineisha Miles | Plaintiff |

| | |
|---|---|
| June 29, 2021 | /s/ Keith Altman |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Keith Altman (SBN 257309)