AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| Tineisha Miles | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. | SACV 21-cv-01131-CJC-JDE |
| Fitness International, LLC d/b/a LA Fitness | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Fitness International, LLC d/b/a LA Fitness
330 N. Brand Blvd, Suite 700
Glendale, CA 91203
in care of
CT Corporation System, Registered Agent
818 W. Seventh Street, Suite 930
Los Angeles, CA 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    The Law Office of Keith Altman
Keith Altman, Esq. (SBN 257309)
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 09/22/2021

J. DeBusse

*Signature of Clerk or Deputy Clerk*