## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Central District of California

Case Number: 21-CV-01131

Plaintiff:
**TINEISHA MILES**
vs.
Defendant:
**FITNESS INTERNATIONAL LLC dba LA FITNESS**

For: ALTMAN LAW OFFICES

Received by COURT HOUSE LEGAL SERVICES, INC. to be served on FITNESS INTERNATIONAL LLC dba LA FITNESS, c/o CT CORP, 330 N. BRAND BLVD., #700, GLENDALE, CA 91203. I, HUMBERTO PALACIO, do hereby affirm that on the 24th day of SEPT, 2021 at 12:40 P.m., executed service by delivering a true copy of the SUMMONS AND COMPLAINT in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.
( ) SUBSTITUTE SERVICE: By serving _____ as _____

(✓) CORPORATE SERVICE: By serving MELVIN BAUTISTA as AUTHORIZED AGENT - CT CORP.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

Age 28  Sex (M) F  Race HISP  Height 5-7  Weight 180  Hair BLK  Glasses Y (N)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

I, Humberto Palacio, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____  9-27-21
Signature of Process Server         Date

COURT HOUSE LEGAL SERVICES, INC.
112 Haddontowne Ct, Ste. 304
Cherry Hill, NJ 08034
(856) 428-4700

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Tineisha Miles | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. SACV 21-cv-01131-CJC-JDE |
| Fitness International, LLC d/b/a LA Fitness | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Fitness International, LLC d/b/a LA Fitness
330 N. Brand Blvd, Suite 700
Glendale, CA 91203
in care of
CT Corporation System, Registered Agent

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   The Law Office of Keith Altman
Keith Altman, Esq. (SBN 257309)
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____09/22/2021_____    *Signature of Clerk or Deputy Clerk*