YOKA & SMITH, LLP
ALICE CHEN SMITH (Bar No. 251654)
CHRISTINE C. DE METRUIS (Bar No. 203610)
445 South Figueroa Street, 38th Floor
Los Angeles, California 90071
Phone: (213) 427-2300
Facsimile: (213) 427-2330

Attorneys for Defendant, FITNESS INTERNATIONAL, LLC (erroneously sued as "FITNESS INTERNATIONAL, LLC d/b/a LA FITNESS")

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| TINEISHA MILES,<br><br>        Plaintiff,<br><br>  v.<br><br>FITNESS INTERNATIONAL, LLC.<br>d/b/a LA FITNESS<br><br>        Defendant. | Case No.: 8:21-cv-01131-CJC-JDE<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)<br><br>Complaint Served:   September 24, 2021<br>Current Response Date:  October 15, 2021<br>New Response Date:  November 12, 2021 |

TO THE HONORABLE COURT:

      Pursuant to this Court's Civil Local Rule 8-3, Plaintiff Tineisha Miles ("Plaintiff") and Defendant Fitness International, LLC ("Defendant"), by and through the undersigned counsel, hereby stipulate that Defendant's deadline to respond to Plaintiff's Complaint is extended to and includes <u>November 12, 2021</u>.  This change will not alter the date of any event or any deadline already fixed by Court Order.

///

///

| | | |
|---|---|---|
| 1 | DATED: October 8, 2021 | LAW OFFICES OF KEITH ALTMAN |
| 2 | | |
| 3 | | By: /s/ Keith Altman |
| 4 | | KEITH ALTMAN (Bar No. 257309) |
| 5 | | Attorneys for Plaintiff, TINEISHA MILES |
| 6 | DATED: October 8, 2021 | YOKA & SMITH, LLP |
| 7 | | |
| 8 | | By: /s/ Alice Chen Smith |
| 9 | | ALICE CHEN SMITH (Bar No. 251654) |
| 10 | | CHRISTINE C. DE METRUIS (Bar No. 203610) |
| 11 | | Attorneys for Defendant, FITNESS INTERNATIONAL, LLC |