1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| TINEISHA MILES,<br><br>        Plaintiff,<br><br>    v.<br><br>FITNESS INTERNATIONAL, LLC.<br>d/b/a LA FITNESS<br><br>        Defendant.<br>_____ | Case No.: 8:21-cv-01131-CJC-JDE<br><br>[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)<br><br>Complaint Served:  September 24, 2021<br>Current Response Date:  October 15, 2021<br>New Response Date:  November 12, 2021 |

Upon consideration of the Stipulation submitted by Plaintiff, TINEISHA MILES and Defendant, FITNESS INTERNATIONAL, LLC ("FITNESS") to extend time for FITNESS to file a response to Plaintiff's Complaint.

IT IS HEREBY ORDERED that FITNESS shall have until November 12, 2021 to respond to Plaintiff, TINEISHA MILES's Complaint.

Dated _____, 2021

_____
HON. CORMAC J. CARNEY