# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| TINEISHA MILES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FITNESS INTERNATIONAL, LLC.<br>d/b/a LA FITNESS<br><br>　　　　　Defendant. | Case No.: 8:21-cv-01131-CJC-JDE<br><br>ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)<br><br>Complaint Served:　September 24, 2021<br>Current Response Date:　October 15, 2021<br>New Response Date:　November 12, 2021 |

　　Upon consideration of the Stipulation submitted by Plaintiff, TINEISHA MILES and Defendant, FITNESS INTERNATIONAL, LLC ("FITNESS") to extend time for FITNESS to file a response to Plaintiff's Complaint.

　　IT IS HEREBY ORDERED that FITNESS shall have until November 12, 2021 to respond to Plaintiff, TINEISHA MILES's Complaint.

Dated October 12, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. CORMAC J. CARNEY