YOKA & SMITH, LLP
ALICE CHEN SMITH (Bar No. 251654)
CHRISTINE C. DE METRUIS (Bar No. 203610)
445 South Figueroa Street, 38th Floor
Los Angeles, California 90071
Phone: (213) 427-2300
Facsimile: (213) 427-2330

Attorneys for Defendant, FITNESS INTERNATIONAL, LLC (erroneously sued as "FITNESS INTERNATIONAL, LLC d/b/a LA FITNESS")

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| TINEISHA MILES,<br><br>    Plaintiff,<br><br>v.<br><br>FITNESS INTERNATIONAL, LLC.<br>d/b/a LA FITNESS<br><br>    Defendant. | Case No.: 8:21-cv-01131-CJC-JDE<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS**<br><br>Complaint Served: September 24, 2021<br>Current Response Due: November 12, 2021<br>Requested Response Due: November 22, 2021 |

**TO THE HONORABLE COURT:**

    The parties, Plaintiff Tineisha Miles ("Plaintiff") and Defendant Fitness International, LLC ("Fitness"), by and through the undersigned counsel, hereby stipulate as follows:

///

///

---

1

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS

1. On October 8, 2021, the parties filed a Stipulation to Extend Time to Respond to Initial Complaint of Not More than 30 days (L.R. 8-3). [Dkt. No. 10.]

2. On October 12, 2021, the Court entered an Order based upon the parties' stipulation, extending the time for Fitness to file its response to Plaintiff's Complaint to November 12, 2021. [Dkt. No. 11.]

3. On or about October 13, 2021, counsel for the parties met and conferred telephonically and in good faith regarding an anticipated defense motion to transfer/ forum non conveniens, however were unable to resolve the issues. As such, Fitness intends to move forward with its motion.

4. On or about November 4, 2021, counsel for Fitness learned of a potential jurisdictional issue regarding this case, giving rise to an anticipated Fed. R. Civ. Proc. Rule 12(b)(1) motion. Specifically, counsel for Fitness believes that the Court may lack subject matter jurisdiction, as there may not be complete diversity between the parties. On that same date counsel for Fitness sent an email to counsel for Plaintiff explaining the basis for the additional motion, and requesting that the parties meet and confer to discuss the issue. On November 5, 2021, counsel for Fitness left a voicemail message for counsel for Plaintiff regarding this issue, and on November 10, 2021, sent a follow up email.

5. On November 11, 2021, counsel for Fitness received an email from Plaintiff's counsel's office, explaining that Plaintiff's counsel had been out due to an illness and was therefore unable to respond to the prior communications. The parties agreed to meet and confer on November 17, 2021, to discuss the basis for Fitness' anticipated subject matter jurisdiction motion.

6. Given that the parties were unable to meet and confer on the anticipated Rule 12(b)(1) motion due to no fault of either party, the parties by and through their counsel stipulate subject to approval from this Court to a further extension of an additional ten (10) days for Fitness to respond to Plaintiff's Complaint, making Fitness' response due on or before <u>November 22, 2021</u>. No party will be prejudiced by this

1 further extension.

2

3 DATED: November 12, 2021        LAW OFFICES OF KEITH ALTMAN

4

5        By: /s/ Keith Altman
           KEITH ALTMAN (Bar No. 257309)

6            Attorneys for Plaintiff, TINEISHA MILES

7

8 DATED: November 12, 2021        YOKA & SMITH, LLP

9

10        By: /s/ Alice Chen Smith
           ALICE CHEN SMITH (Bar No. 251654)

11            CHRISTINE C. DE METRUIS (Bar No. 203610)

12            Attorneys for Defendant, FITNESS INTERNATIONAL, LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28