**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| TINEISHA MILES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FITNESS INTERNATIONAL, LLC.<br>d/b/a LA FITNESS<br><br>　　　　Defendant. | Case No.: 8:21-cv-01131-CJC-JDE<br><br>**ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS**<br><br>Complaint Served: September 24, 2021<br>Current Response Due: November 12, 2021<br>New Response Due: November 22, 2021 |

　　Upon consideration of the Stipulation submitted by Plaintiff, TINEISHA MILES and Defendant, FITNESS INTERNATIONAL, LLC ("FITNESS") to extend time for FITNESS to file a response to Plaintiff's Complaint.

　　IT IS HEREBY ORDERED that FITNESS shall have until November 22, 2021 to respond to Plaintiff, TINEISHA MILES's Complaint.

Dated: November 15, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. CORMAC J. CARNEY