YOKA & SMITH, LLP
ALICE CHEN SMITH (Bar No. 251654)
CHRISTINE C. DE METRUIS (Bar No. 203610)
445 South Figueroa Street, 38th Floor
Los Angeles, California 90071
Phone: (213) 427-2300
Facsimile: (213) 427-2330

Attorneys for Defendant, FITNESS INTERNATIONAL, LLC (erroneously sued as "FITNESS INTERNATIONAL, LLC d/b/a LA FITNESS")

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| TINEISHA MILES,<br><br>              Plaintiff,<br><br>       v.<br><br>FITNESS INTERNATIONAL, LLC.<br>d/b/a LA FITNESS,<br><br>              Defendant. | Case No.: 8:21-cv-01131-CJC-JDE<br><br>DECLARATION OF CHRISTINE C. DE METRUIS IN SUPPORT OF DEFENDANT FITNESS INTERNATIONAL, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION (F.R.C.P. 12(b)(1)) AND/OR TO TRANSFER VENUE (28 § U.S.C. 1404)<br><br>[*Filed concurrently with Notice of Motion and Motion; Declaration of Robert Wilson; [Proposed] Order*]<br><br>DATE:  January 24, 2022<br>TIME:  1:30 p.m.<br>DEPT.: 9B |

I, CHRISTINE C. DE METRUIS, hereby declare as follows:

1.  I am an attorney duly authorized to practice before this Court, and am an associate at the firm of Yoka & Smith, LLP, counsel for defendant Fitness International, LLC (hereinafter, "Fitness"). I have personal knowledge of the facts set forth herein, and if called as a witness I could and would testify competently thereto.

2.  This declaration is made in support of Fitness' Motion to Dismiss for Lack of Subject Matter Jurisdiction and.ir Transfer Venue.

2.  MEET AND CONFER EFFORTS – this motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on October 13, 2021, and November 17, 2021. On said dates, I met and conferred with Keith Altman, Esq., counsel for plaintiff Tineisha Miles (hereinafter, "Plaintiff"), regarding the substance of Fitness' proposed motion. After meeting and conferring on this motion, the parties were unable to come to an agreement; therefore, the instant motion is necessary.

3.  During the November 17, 2021, conference, Mr. Altman and I agreed to an extended briefing schedule due to certain medical issues Mr. Altman is currently facing. Mr. Altman requested that his Opposition be due no sooner that December 20, 2021. I have a pre-planned vacation from December 20, 2021, through January 1, 2022. As such, the parties agreed a hearing date approximately 60 days from the date of filing, which based on this Court's motion calendar, is <u>January 24, 2022</u>. Plaintiff's opposition would be due on or before <u>December 20, 2021</u>; and Fitness' reply would be due on or before <u>January 10, 2022</u>.

I declare under penalty of perjury of the laws of United States of America that the foregoing is true and correct. Executed on this 22nd day of November, 2021 in Los Angeles, California.

/s/ Christine C. De Metruis
Christine C. De Metruis

2
DECLARATION OF CHRISTINE C. DE METRUIS IN SUPPORT OF DEFENDANT FITNESS INTERNATIONAL, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION (F.R.C.P. 12(b)(1)) AND/OR TRANSFER VENUE (28 U.S.C. § 1404)