YOKA & SMITH, LLP
ALICE CHEN SMITH (Bar No. 251654)
CHRISTINE C. DE METRUIS (Bar No. 203610)
445 South Figueroa Street, 38th Floor
Los Angeles, California 90071
Phone: (213) 427-2300
Facsimile: (213) 427-2330

Attorneys for Defendant, FITNESS INTERNATIONAL, LLC (erroneously sued as "FITNESS INTERNATIONAL, LLC d/b/a LA FITNESS")

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| TINEISHA MILES,<br><br>    Plaintiff,<br><br>  v.<br><br>FITNESS INTERNATIONAL, LLC.<br>d/b/a LA FITNESS<br><br>    Defendant. | Case No.: 8:21-cv-01131-CJC-JDE<br><br>DECLARATION OF ROBERT WILSON IN SUPPORT OF DEFENDANT FITNESS INTERNATIONAL, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION (F.R.C.P. 12(b)(1)) AND/OR TO TRANSFER VENUE (28 § U.S.C. 1404)<br><br>[*Filed concurrently with Notice of Motion and Motion; Declaration of Christine C. De Metruis; [Proposed] Order*]<br><br>DATE:  January 24, 2022<br>TIME:  1:30 p.m.<br>DEPT.:  9B |

1

DECLARATION OF ROBERT WILSON IN SUPPORT OF DEFENDANT FITNESS INTERNATIONAL, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION (F.R.C.P. 12(b)(1)) AND/OR TRANSFER VENUE (28 U.S.C. § 1404)

I, ROBERT WILSON, hereby declare as follows:

1. I am Senior Vice President and General Counsel at Fitness International, LLC, formerly known as L.A. Fitness International, LLC (hereinafter, "Fitness"), a position I have held since January 2006. As general counsel, my duties include managing the legal affairs of the company, including corporate governance. I have personal knowledge of the facts set forth herein, and if called as a witness I could and would testify competently thereto.

2. Fitness is a California limited liability company with its principal place of business in Irvine, California.

3. Fitness has five members: (1) LAF, Inc.; (2) The Seidler Company, LLC; (3) Seidler Fitness Holdings II, LP; (4) SP LAF Buyer LLC; and (5) Brawn Holdings, LLC.

4. LAF, Inc. is a California corporation with its principal place of business in Irvine, California.

5. The Seidler Company, LLC, is a Delaware limited liability company with its principal place of business in Marina Del Rey, California. The Seidler Company, LLC has three members, all of whom are individuals who are domiciled in the State of California.

6. Seidler Fitness Holding II, LP, is a Delaware limited partnership with a principal place of business in Marina Del Rey, California. Seidler Fitness Holdings II, LP has one general partner, and 100 limited partners. The general partner is The Seidler Company, LLC. The 100 limited partners of Seidler Fitness Holdings II, LP, consist of 97 individuals and three entities: (i) Cressey Family Partnership; (ii) Seidler North, LP; and (iii) Pain in the Donkey, LLC.

    a. The 97 individuals who are limited partners of Seidler Fitness Holdings II, LP are domiciled in, and citizens of, the States of California, Idaho, Massachusetts, New Jersey, and Virginia;

    b.  Cressey Family Partnership consists of individuals who are domiciled in, and citizens of, the State of Illinois.

    c.  Seidler North, LP is a Delaware limited partnership. The general partner of Seidler North, LP is The Seidler Company, LLC, whose principal place of business is in Marina Del Rey, California. The limited partners of Seidler North LP are domiciled in, and citizens of, the State of California.

    d.  Pain in the Donkey LLC is a California limited liability company whose members consist of (i) six individuals who are domiciled in, and citizens of, the State of California, and (ii) The Pain in the Donkey 2018 Irrevocable Trust, which is domiciled in South Dakota.

  7.  SP LAF Buyer LLC is a Delaware limited liability company. The sole member of SP LAF Buyer LLC is SP LAF Investors LLC, a Delaware limited liability company. SP LAF Investors LLC has six members, one of which is domiciled in the State of Delaware and the other five which are domiciled in the Cayman Islands.

  8.  Brawn Holdings, LLC is a Delaware limited liability company. Brawn Holdings, LLC has two members, both of whom are Delaware limited partnerships. Each of these limited partnerships has a general partner who is domiciled in the State of Delaware. One of these limited partnerships has 120 limited partners, the other limited partnership has 99 limited partners. The limited partners are domiciled in, and citizens of, the following States: Alabama, Alaska, Arizona, California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Illinois, Indiana, Maryland, Massachusetts, Michigan, Minnesota, New Hampshire, New Jersey, New York, North Carolina, Ohio, Oklahoma, Pennsylvania, **Tennessee**, Texas, Utah, Vermont, and Virginia.

  9.  Fitness owns and operates gym facilities throughout North America under the names L.A. Fitness and Esporta Fitness, amongst others. Fitness owns and operates the L.A. Fitness gym located at 1285 Ridgeway Road, Memphis, Tennessee

DECLARATION OF ROBERT WILSON IN SUPPORT OF DEFENDANT FITNESS INTERNATIONAL, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION (F.R.C.P. 12(b)(1)) AND/OR TRANSFER VENUE (28 U.S.C. § 1404)

38119, which is one of several gyms Fitness owns and operates in the State of Tennessee.

10. Fitness has been registered as a foreign limited liability company in the State of Tennessee since approximately August 2006. At all times relevant to Plaintiff Tineisha Mile's Complaint, Fitness' registered agent for service of process in Tennessee has been CT Corporation System, 300 Montvue Road, Knoxville, TN 37919.

I declare under penalty of perjury of the laws of United States of America that the foregoing is true and correct. Executed on this 8th day of November, 2021 in Los Angeles, California.

_____
Robert Wilson

DECLARATION OF ROBERT WILSON IN SUPPORT OF DEFENDANT FITNESS INTERNATIONAL, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION (F.R.C.P. 12(b)(1)) AND/OR TRANSFER VENUE (28 U.S.C. § 1404)