YOKA & SMITH, LLP
ALICE CHEN SMITH (Bar No. 251654)
CHRISTINE C. DE METRUIS (Bar No. 203610)
445 South Figueroa Street, 38th Floor
Los Angeles, California 90071
Phone: (213) 427-2300
Facsimile: (213) 427-2330

Attorneys for Defendant, FITNESS INTERNATIONAL, LLC (erroneously sued as "FITNESS INTERNATIONAL, LLC d/b/a LA FITNESS")

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| TINEISHA MILES,<br><br>Plaintiff,<br><br>v.<br><br>FITNESS INTERNATIONAL, LLC.<br>d/b/a LA FITNESS,<br><br>Defendant. | Case No.: 8:21-cv-01131-CJC-JDE<br><br>[PROPOSED] ORDER GRANTING DEFENDANT FITNESS INTERNATIONAL, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION (F.R.C.P. 12(b)(1)) AND/OR TO TRANSFER VENUE (28 § U.S.C. 1404)<br><br>[*Filed concurrently with Notice of Motion and Motion; Declaration of Robert Wilson; Declaration of Christine C. De Metruis*]<br><br>DATE:  January 24, 2022<br>TIME:   1:30 p.m.<br>DEPT.:  9B |

## [PROPOSED] ORDER

The Motion to Dismiss for Lack of Subject Matter Jurisdiction (F.R.C.P. 12(b)(1)) and/or Transfer Venue (28 U.S.C. § 1404) filed by defendant Fitness

1

1   International, LLC (hereinafter "Fitness") came on regularly for hearing before this

2   Court on January 24, 2022.

3

4       Having considered the moving and opposition papers, arguments, and all other

5   matters presented to the Court, the Court finds that Plaintiff has failed to allege facts

6   sufficient to establish that this Court has subject matter jurisdiction over this action

7

8   pursuant to 28 U.S.C. § 1332(a), as Plaintiff has not alleged facts sufficient to establish

9   the amount in controversy meets the $75,000 jurisdictional threshold.   Moreover,

10  Plaintiff has not alleged the citizenship of each member and sub-member of Fitness, a

11

12  limited liability company, and therefore failed to allege facts sufficient to establish

13  complete diversity of citizenship between herself and Fitness.

14

15      Further, Plaintiff cannot cure the jurisdictional defects.   A limited liability

16  company is a citizen of each state in which each member is a citizen and, thus a plaintiff

17

18  seeking to invoke diversity jurisdiction must establish complete diversity with each

19  member of a limited liability company.   Further, if a member is itself a limited liability

20  company or limited partnership, a plaintiff must also be completely diverse from each

21

22  sub-member/sub-partner, as well.   Here, Fitness submitted competent evidence that it is

23  a limited liability company with five members.   Relevant here, one member, Brawn

24  Holdings, LLC, itself has two members, both of which are limited partnerships with

25

26  limited partners in various states, including **Tennessee**.   As such, there is not complete

27  diversity of citizenship between Plaintiff and each sub-member of Fitness International,

28

[PROPOSED] ORDER GRANTING DEFENDANT FITNESS INTERNATIONAL, LLC'S
NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER
JURISDICTION (F.R.C.P. 12(b)(1)) AND/OR TO TRANSFER VENUE (28 § U.S.C. 1404)

1   LLC as required under 28 U.S.C. § 1332(a) for this Court to exercise subject matter

2
3   jurisdiction in this matter.  As no other basis for subject matter jurisdiction was either

4   alleged or appears from the allegations set forth in Plaintiff's Complaint, the Court finds

5   that it lacks subject matter jurisdiction, and the matter must be dismissed.

6
7          IT IS HEREBY ORDERED that defendant Fitness International, LLC's Motion

8   to Dismiss for Lack of Subject Matter Jurisdiction pursuant to Federal Rule of Civil

9   Procedure 12(b)(1) is GRANTED.

10
11          The Complaint is this case is ORDERED dismissed [with] [without] prejudice.

12  DATED:  January __, 2022

13

14                                         _____

15                                              United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANT FITNESS INTERNATIONAL, LLC'S
NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER
JURISDICTION (F.R.C.P. 12(b)(1)) AND/OR TO TRANSFER VENUE (28 § U.S.C. 1404)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING DEFENDANT FITNESS INTERNATIONAL, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION (F.R.C.P. 12(b)(1)) AND/OR TO TRANSFER VENUE (28 § U.S.C. 1404)