YOKA & SMITH, LLP
ALICE CHEN SMITH (Bar No. 251654)
asmith@yokasmith.com
CHRISTINE C. DE METRUIS (Bar No. 203610)
cdemetruis@yokasmith.com
445 South Figueroa Street, 38th Floor
Los Angeles, California 90071
Phone: (213) 427-2300
Facsimile: (213) 427-2330

Attorneys for Defendant, FITNESS INTERNATIONAL, LLC (erroneously sued as "FITNESS INTERNATIONAL, LLC d/b/a LA FITNESS")

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| TINEISHA MILES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FITNESS INTERNATIONAL, LLC d/b/a LA FITNESS,<br><br>　　　　　Defendant. | Case No.: 8:21-cv-01131-CJC-JDE<br><br>**NOTICE OF INTERESTED PARTIES PURSUANT TO L.R. 7.1-1** |

The undersigned, counsel of record for defendant, FITNESS INTERNATIONAL, LLC, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

　　　1.　　Tineisha Miles;

　　　2.　　Fitness International, LLC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant FITNESS INTERNATIONAL, LLC, declares that it has no parent corporation and no publicly traded corporation currently owns 10% or more of its stock.

DATED: November 22, 2021              YOKA & SMITH, LLP

By: /s/ Christine C. De Metruis
ALICE CHEN SMITH (Bar No. 251654)
CHRISTINE C. DE METRUIS (Bar No. 203610)
Attorneys for Defendant, FITNESS INTERNATIONAL, LLC