| | |
|---|---|
| 1 | Keith Altman (SBN 257309) |
| 2 | The Law Office of Keith Altman |
| 3 | 33228 West 12 Mile Road, Suite 375 |
| 4 | Farmington Hills, Michigan 48334 |
|   | Telephone: (248) 987-8929 |
| 5 | keithaltman@kaltmanlaw.com |
| 6 | *Attorney for Plaintiff* |

Christine C. De Metruis
YOKA & SMITH, LLP
445 South Figueroa Street, 38th Floor
Los Angeles, California 90071
Telephone: (213) 427-2300
CDeMetruis@yokasmith.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

|  |  |
|---|---|
|  | ) 8:21-CV-01131 (JDEx) |
| **TINEISHA MILES,** | ) |
|  | ) **STIPULATION AND JOINT** |
| Plaintiff, | ) **MOTION TO EXTEND** |
|  | ) **DEADLINES RELATED TO** |
| v. | ) **DEFENDANT'S MOTION TO** |
|  | ) **DISMISS** |
| **FITNESS INTERNATIONAL** | ) |
| **LLC d/b/a LA FITNESS,** | ) |
|  | ) District Judge Cormac J. Carney |
| Defendant. | ) Magistrate Judge John D. Early |
|  | ) Courtroom |
|  | ) Trial Date: No set |
|  | ) Action Filed: 06/29/2021 |
|  | ) |

Pursuant to Local Rule 7-2 and Bench Procedure 6, the Parties submit, by and through their attorneys of record, this Stipulation and Joint Motion to Extend Deadlines related to Defendant's Motion to Dismiss for Lack of Jurisdiction and/or to Transfer Venue. (ECF 14).

1. This case was filed in this Court on June 29, 2021.
2. On November 22, 2021, following extensions stipulated to and ordered by this Court, Defendant responded to the Complaint by filing a Motion to Dismiss for Lack of Jurisdiction and/or to Transfer Venue. (ECF 14).
3. The Parties have met and conferred by email and jointly stipulate to a 30-day extension of the related deadlines based upon the following circumstances.
    a. Since the filing of the Complaint, Plaintiff's Counsel, Keith Altman, has been battling severe health issues impacting his vision. The onset was very quick. His condition worsened over just a few months. He is now blind.
    b. Accommodations are being made as quickly as possible. While this crisis has slowed him down, he has every intention of litigating this case as appropriate.

4. The Parties have agreed to the following schedule.

    a. Plaintiff's Opposition due: January 13, 2022.

    b. Defendant's Reply due: January 22, 2022.

5. The Parties further request, based upon the foregoing schedule, that the hearing in this matter be moved from January 24, 2022, to February 7, 2022, or to the soonest date thereafter as this matter can be heard.

6. No Party will be prejudiced by this extension.

**IT IS SO STIPULATED.**

Dated: December 10, 2021   LAW OFFICE OF KEITH ALTMAN

                                        By: /s/ Keith Altman
                                        Keith Altman, Esq. (CBN 257309)
                                        *Attorney for Plaintiff*

Dated: December 13, 2021   YOKA & SMITH, LLP

                                        By: /s/ Christine C. DeMetruis
                                        Christine C. De Metruis (SBN 203610)
                                        Alice Chen Smith (SBN 251654)
                                        *Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2021, an electronic copy of the foregoing document,

**STIPULATION AND JOINT MOTION TO EXTEND DEADLINES RELATED TO DEFENDANT'S MOTION TO DISMISS AND [PROPOSED] ORDER**

was sent through the California e-Filing system to counsel of record,

Christine C. De Metruis
YOKA & SMITH, LLP
445 South Figueroa Street, 38th Floor
Los Angeles, California 90071
Telephone: (213) 427-2300
CDeMetruis@yokasmith.com

/s/ Keith Altman
Keith Altman