# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **TINEISHA MILES,** | ) 8:21-CV-01131 CJC (JDEx) ) |
| Plaintiff, | ) **ORDER EXTENDING** ) **DEADLINES RELATED TO** ) **DEFENDANT'S** ) **MOTION TO DISMISS** |
| v. | ) ) District Judge Cormac J. Carney |
| **FITNESS INTERNATIONAL LLC d/b/a LA FITNESS,** | ) Magistrate Judge John D. Early ) Courtroom ) Trial Date: No set |
| Defendant. | ) Action Filed: 06/29/2021 ) ) ) ) |

Pursuant to Local Rule 7-2 and Bench Procedure 6, the Parties submit, by and through their attorneys of record, this Stipulation and Joint Motion to Extend Deadlines related to Defendant's Motion to Dismiss for Lack of Jurisdiction and/or to Transfer Venue. (ECF 14).

1. This case was filed in this Court on June 29, 2021.

2. On November 22, 2021, following extensions stipulated to and ordered by this Court, Defendant responded to the Complaint by filing a Motion to Dismiss for Lack of Jurisdiction and/or to Transfer Venue. (ECF 14).

3. The Parties have met and conferred by email and jointly stipulate to a 30-day extension of the related deadlines based upon the following circumstances.

   a. Since the filing of the Complaint, Plaintiff's Counsel, Keith Altman, has been battling severe health issues impacting his vision. The onset was very quick. His condition worsened over just a few months. He is now blind.

   b. Accommodations are being made as quickly as possible. While this crisis has slowed him down, he has every intention of litigating this case as appropriate.

Upon good cause showing the briefing and hearing schedule related to Defendant's Motion to Dismiss is amended as follows:

   1. Plaintiff's Opposition is now due January 13, 2022.

   2. Defendant's Reply is now due January 22, 2022.

3. The hearing on this matter previously set for January 24, 2022, has been moved to **February 7, 2022, at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated: December 15, 2021  _____

District Judge Cormac J. Carney