**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TINEISHA MILES<br>Plaintiff(s)<br>v.<br>FITNESS INTERNATIONAL, LLC<br>Defendant(s). | CASE NUMBER:<br>8:21-cv-01131 CJC (JDEx)<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

__Fitness International, LL__   ( ) Plaintiff   (X) Defendant   ( ) Other _____
*Name of Party*

to substitute  __Alice Chen Smith, Esq. **YOKA | SMITH, LLP**__   who is

(X) Retained Counsel   ( ) Counsel appointed by the Court (Criminal cases only)   ( ) Pro Se

__445 S. Figueroa St., 38th Floor__
*Street Address*

__Los Angeles, CA 90071__                                __asmith@yokasmith.com__
*City, State, Zip*                                                *E-Mail Address*

__213-427-2300__            __213-427-2330__            __251654__
*Telephone Number*         *Fax Number*                *State Bar Number*

as attorney of record instead of __Yoka & Smith, LLP__
*List **all** attorneys from same firm or agency who are withdrawing*

Alice Chen Smith

**is hereby      [X] GRANTED      [ ] DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                    _____
                                                U. S. District Judge/U.S. Magistrate Judge