**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

TINEISHA MILES

Plaintiff(s)

v.

FITNESS INTERNATIONAL, LLC

Defendant(s).

CASE NUMBER:

8:21-cv-01131 CJC (JDEx)

**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

The Court hereby orders that the request of:

__Fitness International, LL___ ( ) Plaintiff (X) Defendant ( ) Other _____
Name of Party

to substitute __Alice Chen Smith, Esq. **YOKA | SMITH, LLP**_____ who is

(X) Retained Counsel   ( ) Counsel appointed by the Court (Criminal cases only)   ( ) Pro Se

445 S. Figueroa St., 38th Floor
Street Address

Los Angeles, CA 90071               asmith@yokasmith.com
City, State, Zip                    E-Mail Address

213-427-2300        213-427-2330        251654
Telephone Number    Fax Number          State Bar Number

as attorney of record instead of Yoka & Smith, LLP
List **all** attorneys from same firm or agency who are withdrawing

Alice Chen Smith

**is hereby**   [X] **GRANTED**   [ ] **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated __January 7, 2022__                    _____
                                              U. S. District Judge